IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLIE L. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQUIS MITCHELL,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-3546-TWT |

### ORDER

This is an action seeking to enforce a state court judgment. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED for lack of subject matter jurisdiction and because it is frivolous.

SO ORDERED, this 22 day of May, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Jones\12cv3546\r&r.wpd